RECORDING REQUESTED BY:

UNITED STATES OF AMERICA

WHEN RECORDED MAIL TO:

United States Marshal's Service
Eastern District of Missouri
111 South Tenth Street, 2nd Floor
St. Louis, MO 63102
Attn: Asset Forfeiture

SPACE ABOVE RESERVED FOR RECORDER'S USE

## ABSTRACT OF FORFEITURE JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 28 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed. **This Abstract refers to the money forfeiture judgment in this case only and does not reflect any judgment entered for fines, costs, fees or restitution.**

| Names and Addresses of Parties against whom judgments have been obtained | | Names of Parties in whose favor judgments have been obtained |
|---|---|---|
| PAUL PARKER<br>6721 ITASKA<br>ST. LOUIS, MO 63109<br>SSN: XXX-XX-2110 | | UNITED STATES OF AMERICA |
| **Amount of Forfeiture Judgment** | **Names of Creditors' Attorneys** | **When Docketed** |
| $209,168.00 | United States Attorney's Office<br>Eastern District of Missouri<br>111 South Tenth Street, 20th Floor<br>St. Louis, MO 63102 | Date: JULY 23, 2015<br><br>Court No. 4:15CR00175 RWS |

UNITED STATES OF AMERICA,        CLERK'S OFFICE        U.S. DISTRICT COURT FOR THE
                                                       EASTERN   DISTRICT OF MISSOURI
                                                                                    SS.

I CERTIFY, That the foregoing is a correct Abstract of Forfeiture Judgment entered or registered by this Court.

Date 7/30/15

GREGORY J. LINHARES, Clerk of Court

By _____, Deputy Clerk.